

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00140-CV

| | | |
|---|---|---|
| Azzam Hussami | § | From County Court at Law No. 2 |
| v. | § | of Denton County (CV-2012-03242) |
| | § | June 25, 2015 |
| Clear Sky MRI and Diagnostic Center at Denton, Inc. | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Azzam Hussami shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot